FILED

JAN 20 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10333 & 08-10334 |
| Plaintiff - Appellee, | D.C. Nos. 4:01-cr-01796-RCC |
| v. | 4:06-cr-01718-RCC |
| RAMON LORENZO MEDINA-COTA, a.k.a. Ramon Medina-Cota, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

In these consolidated appeals, Ramon Lorenzo Medina-Cota appeals from

his guilty-plea conviction and 75-month sentence for illegal re-entry after

deportation, in violation of 8 U.S.C. § 1326, and from his revocation of supervised

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

release and 12-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Medina-Cota's counsel has filed a brief stating there are no grounds for relief. We have provided the appellant with the opportunity to file a supplemental brief. No pro se brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, the district court's judgments are **AFFIRMED**.